## BROOM AND PLATT v. JENNINGS AND HERRON.

ERROR from the Court of Common Pleas.    The original action was upon a promissory note, for £419 12s. 9d. New York currency, on interest, dated September 20, 1775, indorsed as follows, viz.— " Received, May 14, 1779, of Mr. William Herron, £268 12s. 8d. New York currency, in continental bills, per loose receipt given him.— Samuel Broom & Co." — Upon a default, and hearing in damages, on motion of the defendant, the damages were assessed at £353 14s. 4d. New York currency.

The error assigned was — That the damages were assessed too low:   That the indorsement should have been reduced by the scale of depreciation, and the damages assessed at £718 1s. 6d. New York currency.

Judgment affirmed.

By the whole COURT.    Error is not to be presumed; and for aught that appears from the record, the damages were assessed right: for they were assessed upon a hearing of the parties, and the receipt referred to in the indorsement, might have shown an agreement of the plaintiffs to accept and apply the bills nominally; or the defendants might have shown other payments; for they were not confined to the indorsement.